# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160895

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD EUGENE GRAY,
      Defendant-Appellant.

SC: 160895
COA: 342111
Oakland CC: 2017-263498-FC

_____/

     On order of the Court, the application for leave to appeal the December 12, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk

t0622